COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Linda N. Lewis v. The State of Texas

Appellate case number:    01-13-00849-CR

Trial court case number:  1836750

Trial court:              County Criminal Court at Law No 13 of Harris County

The reporter's record in the above-referenced appeal was due to be filed in this Court by September 5, 2013. *See* TEX. R. APP. P. 35.2. After various extensions were granted by this Court, the reporter's record has not been filed.

On October 15, 2013, the court reporter, Deanne Bridwell, filed an information sheet indicating that "appellant had not paid or made arrangements to pay for the record and is not appealing as indigent." On November 14, 2013, the court reporter filed an information sheet (a) indicating that appellant paid for the record and (b) requesting an extension until December 13, 2013 to file the reporter's record. On November 15, 2013, this Court granted the court reporter's request to extend the time and provided that no further extensions would be granted. On January 7, 2014, after the deadline for filing had passed, the court reporter requested a further extension of time until January 31, 2014. On January 9, 2014, the Court granted the extension request and provided that no further extensions would be granted absent extraordinary circumstances. On February 21, 2014, once again after the deadline for filing had passed, the court reporter requested another extension of time until March 24, 2014. The court reporter's motion for extension of time to file the reporter's record is **granted in part and denied in part**.

We order the court reporter to file the record in this appeal **within 20 days of the date of this order**. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* TEX. R. APP. P. 35.3(c). If the court reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
☑ Acting individually    ☐ Acting for the Court

Date: February 25, 2014